IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KIMBERLY JESSE VOLPE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-00484-P |
| | § | |
| **CENLAR FSB, et al.,** | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the Court is Defendants' unopposed Motion to Extend. ECF No. 9. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.** Defendants shall answer or otherwise respond to the Complaint **on or before May 26, 2021.**

**SO ORDERED** on this **26th day** of **April, 2021.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE